UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH MANNING,

    Plaintiff,

vs.

CHARLIE RATCLIFF, *et al.*,

    Defendants.

2:13-cv-01553-GMN-VCF

**ORDER**

Plaintiff is a prisoner proceeding *pro se*. Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 as well as an application to proceed *in forma pauperis*. (ECF No. 1). However, on at least three occasions, the court has dismissed civil actions commenced by plaintiff while in detention for failure to state a claim for which relief may be granted.[1] Under 28 U.S.C. § 1915(g), "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that is frivolous, malicious, or fails to state a claim upon which relief may be granted," he may not proceed *in forma pauperis* and instead must pay the full $350.00 filing fee in advance, unless he is under imminent danger of serious physical injury.

Plaintiff cannot proceed *in forma pauperis* in this action because he has had three or more prior actions dismissed for failure to state a claim upon which relief may be granted. Moreover, in the instant complaint, plaintiff fails to plausibly allege that he is in imminent danger of serious physical injury. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exception to § 1915(g) applies "if the complaint makes a plausible allegation that the prisoner faced

---

[1] *Manning v. Baca*, 3:06-cv-00422-LRH-VPC (listing cases dismissed for failure to state a claim, including *Manning v. Clifton*, 3:03-cv-00183-ECR-RAM; *Manning v. NDOC*, 3:04-cv-00025-LRH-VPC; *Manning v. McDaniel*, 3:04-cv-00688-LRH-RAM; *Manning v. Reed*, 3:04-cv-00701-HDM-RAM; *Manning v. Reed*, 3:05-cv-00196-PMP-RAM). The court takes judicial notice of its prior records in the above matters.

'imminent danger of serious physical injury' at the time of filing."). Plaintiff must pre-pay the filing fee in full.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of this order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check paying the $350.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

Dated this 10th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge