# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH MANNING,           )
                           )
    Plaintiff,             )  2:13-cv-01553-GMN-VCF
                           )
vs.                        )
                           )  **ORDER**
CHARLIE RATCLIFF, *et al.*,)
                           )
    Defendants.            )
_____/

       Plaintiff is a prisoner proceeding *pro se*. Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 as well as an application to proceed *in forma pauperis*. (ECF No. 1). However, on at least three occasions, the court has dismissed civil actions commenced by plaintiff while in detention for failure to state a claim for which relief may be granted.[1] Under 28 U.S.C. § 1915(g), "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that is frivolous, malicious, or fails to state a claim upon which relief may be granted," he may not proceed *in forma pauperis* and instead must pay the full $350.00 filing fee in advance, unless he is under imminent danger of serious physical injury.

       Plaintiff cannot proceed *in forma pauperis* in this action because he has had three or more prior actions dismissed for failure to state a claim upon which relief may be granted. Moreover, in the instant complaint, plaintiff fails to plausibly allege that he is in imminent danger of serious physical injury. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exception to § 1915(g) applies "if the complaint makes a plausible allegation that the prisoner faced

---

[1] *Manning v. Baca*, 3:06-cv-00422-LRH-VPC (listing cases dismissed for failure to state a claim, including *Manning v. Clifton*, 3:03-cv-00183-ECR-RAM; *Manning v. NDOC*, 3:04-cv-00025-LRH-VPC; *Manning v. McDaniel*, 3:04-cv-00688-LRH-RAM; *Manning v. Reed*, 3:04-cv-00701-HDM-RAM; *Manning v. Reed*, 3:05-cv-00196-PMP-RAM). The court takes judicial notice of its prior records in the above matters.

1  'imminent danger of serious physical injury' at the time of filing."). Plaintiff must pre-pay the filing
2  fee in full.
3      **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*
4  (ECF No. 1) is **DENIED**.
5      **IT IS FURTHER ORDERED** that this action will be dismissed without prejudice unless
6  plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.
7      **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of this
8  order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to the
9  check paying the $350.00 filing fee.
10     **IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.
11     Dated this 10th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge