UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH MANNING, | ) | |
| Plaintiff, | ) | 2:13-cv-01553-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLIE RATCLIFF, *et al.*, | ) | |
| Defendants. | ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On November 7, 2013, plaintiff filed a motion to withdraw his civil rights complaint. (ECF No. 4). The Court construes plaintiff's motion as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that plaintiff's motion to withdraw his civil rights complaint (ECF No. 4), construed as a notice of voluntary dismissal, is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

**DATED** this 12th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge